IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                                 CV F 06 1225 AWI WMW   P

   vs.                                     ORDER RE MOTION (DOC 8 )

CCI SECOND WATCH, et al.,

        Defendants.

Plaintiff has requested an extension of time in which to file a response to the September 25, 2006, order to show cause. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a response to the order to show cause.

IT IS SO ORDERED.

**Dated:   December 20, 2006**                **/s/  William M. Wunderlich**
j14hj0                                                UNITED STATES MAGISTRATE JUDGE

1