IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                                    CV F 06 1225 AWI WMW   P

    vs.                                            ORDER RE MOTION (DOC 12 )

CCI SECOND WATCH, et al.,

        Defendants.

Plaintiff has filed a motion for extension of time in which to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**    **February 26, 2007**            **/s/  William M. Wunderlich**
j14hj0                                            UNITED STATES MAGISTRATE JUDGE